# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2049

_____

BRUCE R. JOHNSON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Belated Appeal—Original Proceedings.

October 29, 2025

PER CURIAM.

DENIED.

ROWE, RAY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Bruce R. Johnson, pro se, Petitioner.

James Uthmeier, Attorney General, and Heather F. Ross, Assistant Attorney General, Tallahassee, for Respondent.